**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

AYOBAMIDELE AKINYODE,

    **Plaintiff,**

      **v.**

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

    **Defendants.**

Civil Action No. 21-110 (JDB)

---

### ORDER

Upon consideration of [4] defendants' Motion to Transfer & Dismiss, and the entire record herein, it is hereby

**ORDERED** that defendants' Motion to Transfer is **GRANTED**; it is further

**ORDERED** that the Clerk of Court shall transfer this action to the United States District Court for the District of New Jersey; and it is further

**ORDERED** that defendants' Motion to Dismiss is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

 

                             /s/
                         JOHN D. BATES
                  United States District Judge

Dated: July 16, 2021